

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-18-00814-CR

**IN RE** Matthew Paul **SURBER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On October 31, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 2, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-0772-CR-A #4, styled *The State of Texas v. Matthew Paul Surber*, pending in the 2nd/25th Judicial District Court, Guadalupe County, Texas, the Honorable W.C. Kirkendall presiding.